## 37229. WHITFIELD v. THE STATE.

MARSHALL, Justice.

The single jurisdictional ground of this appeal from a conviction of bribery under Code Ann. § 26-2301 (2) (Ga. L. 1968, pp. 1249, 1305) is an argument that the cited Code section is unconstitutional as vague and ambiguous, and making the mere receipt of a "benefit, reward or consideration to which he is not entitled" a crime without criminal intent on the part of the receiver, as well as of the giver. The constitutionality of this statute has been upheld against such an attack in *King v. State*, 246 Ga. 386 (2) (271 SE2d 630) (1980).

No issue remaining which would invoke this court's jurisdiction, the appeal will be transferred to the Court of Appeals.

*Transferred to the Court of Appeals. All the Justices concur.*

DECIDED MARCH 18, 1981.

*David R. Autry*, for appellant.

*Robert E. Keller, District Attorney, Michael D. Anderson, Assistant District Attorney, Arthur K. Bolton, Attorney General*, for appellee.